KROME CORPORATION, Appellant, v. RECONSTRUCTION FINANCE CORPORATION and Metals Reserve Company, Appellees.

No. 12440.

United States Court of Appeals Fifth Circuit.

April 14, 1949.

Thomas W. Blake, Jr., of Houston, Tex., for appellant.

Thomas E. Mosheim, of Houston, Tex., and George E. McConley, of Washington, D. C., for appellees.

Before HOLMES, McCORD, and WALLER, Circuit Judges.

PER CURIAM.

It is ordered that the judgment appealed from be, and the same hereby is, affirmed.